IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD WAYNE EMERSON, | ) |
| Petitioner, | ) |
| v. | ) |
| NFN DRISKELL, *Warden*, | ) |
| Respondent. | ) Civil Action No. 3:19-CV-2859-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Petitioner's habeas corpus petition should be dismissed as moot and all remaining non-habeas claims should be dismissed without prejudice.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED** as moot. All remaining non-habeas claims are **DISMISSED** without prejudice subject to being refiled in a civil rights action.

SIGNED this 28th day of April 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file any objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.